United States District Court
Southern District of Texas
**ENTERED**
October 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TERRY CANALES, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:25-CV-00383 |
| ELISA BERISTAIN, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER TO ABATE PROCEEDINGS

Before this Court is Plaintiffs' Unopposed Motion for Abatement. Dkt. No. 14. Plaintiffs request time to comply with the Texas Defamation Mitigation Act (DMA). TEX. CIV. PRAC. & REM. CODE §§ 73.051–62. Defendant agrees this would be appropriate in the alternative. *See* Dkt. No. 7, at p.21–22. Having considered the arguments of the parties, this Court agrees abatement is proper to allow parties time to ensure compliance with the Texas DMA.

It is therefore **ORDERED** that these proceedings are hereby **ABATED** for thirty (30) days.

SO ORDERED October 6, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge