United States District Court
Southern District of Texas
**ENTERED**
November 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TERRY CANALES, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-00383 |
| | § | |
| ELISA BERISTAIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO ABATE PROCEEDINGS

Before this Court is Plaintiffs' Second Unopposed Motion for Abatement. Dkt. No. 17. Plaintiffs again request time to resolve disputes in compliance with the Texas Defamation Mitigation Act (DMA). TEX. CIV. PRAC. & REM. CODE §§ 73.051–62. This Court agrees abatement is proper to allow parties time to resolve disputes.

It is therefore **ORDERED** that these proceedings are hereby **ABATED** for sixty (60) days.

SO ORDERED November 20, 2025, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
Chief United States District Judge