UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TERRY CANALES, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:25-CV-00383 |
| § | |
| ELISA BERISTAIN, *et al.*, § | |
| § | |
| Defendants. § | |

## MINUTE ENTRY

As more than 21 days has passed since the filing of Defendant's Motion to Dismiss (Dkt. No. 19), the Court hereby **ADVISES** that Plaintiff has 10 days from the date of this Minute Entry to respond to the Motion or the Court will consider the Motion as unopposed. *See* Local Rules 7.3, 7.4. While the Court cannot automatically grant dispositive motions as unopposed, *John v. State of La. (Bd. of Trustees for State Colleges & Universities)*, 757 F.2d 698, 709 (5th Cir. 1985), it may accept as undisputed the facts listed in support of the Motion, *see Eversley v. MBank Dallas*, 843 F.2d 172, 174 (5th Cir. 1988).

SO ORDERED February 23, 2026, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
Chief United States District Judge