United States District Court
Southern District of Texas
**ENTERED**
March 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TERRY CANALES, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:25-CV-00383 |
| § | |
| ELISA BERISTAIN, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to File a Response. Dkt. No. 21. It is the order of this Court that this motion is hereby **GRANTED** and Plaintiff is **ORDERED** to file a response(s) to Defendant Beristain's motions by April 6, 2026.

SO ORDERED March 6, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge