United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

TERRY CANALES, *et al.*,           §
                                   §
        Plaintiffs,                §
                                   §
VS.                                §        CIVIL ACTION NO. 7:25-CV-00383
                                   §
ELISA BERISTAIN, *et al.*,         §
                                   §
        Defendants.                §

## ORDER

As Elisa Beristain has been dismissed as a defendant from this case pursuant to a later motion to dismiss (*see* Dkt. No. 23), the Court finds that her previous motion to dismiss (Dkt. No. 7) is moot. Therefore, Beristain's Motion to Dismiss (Dkt. No. 7) is **DISMISSED AS MOOT**.

SO ORDERED August 4, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge

1 / 1